FILED
2025 Oct-06  PM 02:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

FILED
2025 OCT -6  P 12: 38
U.S. DISTRICT COURT
N.D. OF ALABAMA

Ocie Lee Lynch #298338
_____
Plaintiff

(*Write your full name. No more than one plaintiff may be named in a complaint.*)

-v-

Lester Murray (Lt.),
+
J. Reed (FMR. Correctional Officer).
_____
Defendant(s)

(*Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.*)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(*to be filled in by the Clerk's Office*)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis.*

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

## I.    The Parties to this Complaint

### A.    The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name                               Ocie Lee Lynch

All other names by which
you have been known:

ID Number                          298338

Current Institution                William E. Donaldson Correctional Facility

Address                            100 Warrior Lane

Bessemer                    AL.        35023
City                        State      Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                               Lester Murray.

Job or Title *(if known)*          Lt.

Shield Number

Employer                           St. Clair Correctional Facility

Address

Springville                 AL.
City                        State      Zip Code

[X] Individual Capacity    x[X] Official Capacity

Defendant No. 2

Name                               J. Reed

Job or Title *(if known)*          Former Correctional Officer

Shield Number

Employer                           (Past)→ W. E. Donaldson Correctional Facility

Address                            100 Warrior Lane

Bessemer                    AL.        35023
City                        State      Zip Code

[X] Individual Capacity    [ ] Official Capacity

2

Defendant No. 3

> Name

> Job or Title *(if known)*

> Shield Number

> Employer

> Address

|  | | |
| --- | --- | --- |
| City | State | Zip Code |

☐ Individual Capacity   ☐ Official Capacity

Defendant No. 4

> Name

> Job or Title *(if known)*

> Shield Number

> Employer

> Address

|  | | |
| --- | --- | --- |
| City | State | Zip Code |

☐ Individual Capacity   ☐ Official Capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☒   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment Constitutional right → Cruel + Unusual punishment → Excessive Force.

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Both Defendants' Acted under Coler of State or Local law Per Administrative Regulation 208 V.C.5, "Employees shall Not abuse Inmates in any Matter."

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other _____
(explain)

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

William E. Donaldson Correctional Facility → 4 block C/D Corridor → ON Feb. 22, 2024 between 4:30am-5:05am.

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

Feb. 22, 2024 between 4:30am - 5:05am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attachment (5.)(D.)

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

Due to the Chemical Agent (Mase) Sprayed on my head, I have patches of Missing hair on my head that will Not grow back. The Mase (Cell buster) Burned Hair folicules on my head permanently.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I Am Requesting money damages from Lt. Lester Murray And from Former Correctional officer J. Reed both $100,000.00 (Each), And punitive damages of $5,000.00 A month for the Rest of my Life for the burning of my hair/head. I Won't be Able to Enjoy having Long hair due to me being Transgender, Taking harmone medication, And Can't put A perm or Any other hair chemical on my head.

This is A continuous damage to my head And growth of hair on my head.

This has Also caused Not only physical Damage, but mental Damage As well. Pain and Suffering and hardship, been suffering Depression, Stress, And Major Aniexty because of both Lt. Lester Murray And J. Reed's Misconduct And unprofessionalism of their Job and Duties As A Supervisor And Correctional officer.

ON Feb. 22, 2024 Between 4:30AM - 5:05AM I was sprayed with Cell-buster Mase in 4 block C/D Corriodor, while Laying Face down on the Ground with both hands + Arms stretched out Completely in front of me by Former Correctional officer J. Reed. in which No longer is Employeed with the ALABAMA Department of Corrections Due to Excessive Force ON inmates at W. E. Donaldson Correctional Facility.

Lt. Lester Murray was standing on the outside of the Front Entrance to 4-block C/D Corriodor Window Watching Former Correctional officer J. Reed Use Unnecessary Cell-buster Spray/Mase Chemical Agent on me while I was Face Down on the Floor in 4-block C/D Corriodor And Didn't try to stop him from spraying me with Cell-buster Mase. Lt. Lester Murray Allowed J. Reed to spray me. And made me go back in the dorm with Mase all over my face, mouth and Head and Neck And Didn't make him stop using the MASE ~~Spray~~ on me, Nor Did he make J. Reed take me to the Infirmary (medical Ward) ~~to~~ get De-containmenated Nor/And get A Body Chart on me.

Capt. Eddie Watts Looked at the Video Surveillance After I had filed an inmate Grievance Form on the both of Them (Both Lt. L. Murray +(FmR). Correctional officer J. Reed) And Saw Exactly what Happened that Day (Feb. 22, 2024 @ 4:30 AM - 5:05 AM).

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_William E. DoNAldsoN CorrectfoNal Facility_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

~~by the~~ use of Excessive Force by Lt. Lester Murray and use of Excessive Force by ~~of~~ (fmr). CorrectfoNal offfcer J. Reed

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒  Yes

☐  No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐  Yes

☐  No

E.  If you did file a grievance:

1.  Where did you file the grievance?

At William E. DoNAldsoN CorrecHoNal FAcility

2.  What did you claim in your grievance?

Excessive force by the uNNecessary/improper use of mace by J. Reed + Lt. Lester Murray Watching J. Reed use mace Excessively and improper on me.

3.  What was the result, if any? See WDCF-IG-24-0041 Ocic LyNcH; Capt. ◼. Eddie Watts sent me A document stating: (See Attachment #2) (7 #1.)

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

N/A

your grievance was received and investigated by Correctional Captain Eddie Watts. The claims of your grievance was substantiated via video surveillance. Per Administrative Regulation 208 V.C.5., "Employees shall not abuse inmates in any mater." This matter has been thoroughly reviewed and addressed.

(WDCF-IG-24-0041 Ocie Lynch) "inmate Grievance File Number"

This piece of document/paperwork was signed by Captain Eddie Watts.

(1.) of (1.)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

N/A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

See Exhibit #1 → (Inmate Grievance Form) Filed Plaintiff's

See Exhibit #2 → (Captain Eddie Watt's investigated Results) document signed by himself.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐  Yes

☒  No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____ N/A _____

   Defendant(s) _____ N/A _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____ N/A _____

3. Docket or index number

   _____ N/A _____

4. Name of Judge assigned to your case

   _____ N/A _____

5. Approximate date of filing lawsuit

   _____ N/A _____

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

   _____ N/A _____

9

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Printed Name of Plaintiff    Ocie Lee Lynch

Prison Identification #    298338

Prison Address    William E. Donaldson Correctional Facility

Bessemer                        AL.        35023
City                              State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/18/2025
(Date)

_Ocie Lee Lynch #298338_
Signature of Plaintiff

10

*1st Grievance on this here incident.    Exhibit #1
"Plaintiff's"*

**INSTITUTION:** *William E. Donaldson Corr. Facility*

## INMATE GRIEVANCE FORM

*(PLEASE WRITE NEATLY SO WE CAN READ YOUR GRIEVANCE)*

**FROM:** Ocie Lee Lynch    298338    4. Block D-Dorm Bed #1
NAME                AIS NO.          Dorm and Bed #

**PART A – INMATE'S ISSUE**    *See Additional Attached Statement Pg 2 of (2)*
Describe the problem. Include all information, who was involved, exact location, time it happened. Attach separate
piece(s) of paper if more space is needed or attach evidence or other documents.    *(Pg. 1 of 2)*

On Feb. 22, 2024 between 4:30am - 5:05am myself Along
with 5 other Inmates was trying to cross over to go to
C-side to buy cig's with money in hands was sprayed
with Cell buster Mase by officer Reed in the Corridor. Lt. Murray
was present And Just watch officer Reed spray us for No Reason. No
Body Chart was given to us for being sprayed. Excessive Force was Unnecess

Requested Solution: Administration Action Need to be taken Against officer Reed + Lt. Murray
for improper Use of Mase.
    Ocie Lee Lynch #298338    02/22/2024/5:50am - 6:30a
    Signature of Inmate                Date and time submitted

*********************************************************************************

## PART B – RESPONSE TO INMATE GRIEVANCE

*TO BE COMPLETED BY INSTITUTIONAL GRIEVANCE OFFICER (IGO)*

WDCF-IG-24-0041    2/22/24    Brittany Smith
Grievance Number    Date and time received    Printed Name of IGO/Designee

IGO/Designee GRIEVANCE RESPONSE DUE DATE: _____

Summary of Response:

    Lynch - the contents of this grievance have been addressed/

Date: 4/5/24    IGO's signature: _____

If dissatisfied with this response, you may appeal to the Department Grievance Coordinator, using an Inmate Grievance Appeal
Form (AR 406-B). Your appeal must be received within 10 calendar days of the date of this response.

Return to:

Ocie Lee Lynch    298338    Ocie Lee Lynch
Inmate Name        AIS #        Inmate's Signature

**Original:** ADOC Inmate Grievance File    *Investigated by captain Watts and executive team.*
**Copy:** Inmate                ADOC Form 406-A to AR 406

Note:
This Here Inmate Does Have Noted time and Date of This Grievance for
own Records Just in Case of This Grievance DisAppearance.

Exhibit 1-12
"plaintiff"

WDCF-IG-24-0041 Ocie Lynch

Your grievance was received and investigated by Correctional Captain Eddie Watts. The claims of your grievance were substantiated via video surveillance. Per Administrative Regulation 208 V. C. 5., "Employees shall not abuse inmates in any mater". This matter has been thoroughly reviewed and addressed.

Correctional Captain,

E. Watts

Ocie Lee Lynch
298338
B-17
William E. Donaldson Correctional Facility
    100 Warrior Lane
Bessemer, AL. 35023

BIRMINGHAM AL

3 OCT 2025   PM



OCT 06

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

United States District Court
Northern District of ALABAMA
    660 Gallatin Street, SW
    Huntsville, AL 35801

LEGAL ONLY